# DOUGLAS MATTON
ATTORNEY AT LAW
200 WEST MADISON STREET
SUITE 710
CHICAGO, ILLINOIS 60606
TELEPHONE: (312) 236-9800 FACSIMILE: (312) 372-8456

January 17, 2008

**08 C 808**

VIA CERTIFIED MAIL No.: 7005 1820 0007 0372 5719

Residential Loan Centers of America
2350 E. Devon
Suite 300
Des Plaines, IL 60018

**In re:**

**JUDGE KENDALL
MAGISTRATE JUDGE COX**

**Sandor Grossman
Erin Grossman
737 West Washington #1001
Chicago, IL 60661**

**Loan Number: 436552**

Dear Sir or Madam:

Please note that this office has been retained by Sandor and Erin Grossman to pursue claims as they relate to violations of the Truth In Lending Act and other state and federal statutory and common law violations. As such, I am asserting an attorney's lien upon any recovery by award, settlement, judgment or otherwise related to this matter in the amount of forty percent (40%) pursuant to the Illinois Attorney Lien Act, 770 ILCS 5/1, et. seq.

Please be advised by this correspondence that, pursuant to 15 U.S.C. § 1635, Sandor and Erin Grossman hereby rescind the above referenced loan received on September 2, 2005 because of the failure to comply with the Truth In Lending Act and its implementing regulations, including, but not limited to, 15 U.S.C. § 1635 et seq. and Regulation Z § 226.23 et seq.

Pursuant to 15 U.S.C. § 1641, demand is hereby made for the identity of the owner of this note and mortgage. We further make a claim for any and all civil penalties to the extent allowed by law. Pursuant to 12 U.S.C. § 2605, I hereby request an account history, so that I may determine what, if anything, my clients are obliged to tender. Please take notice, that if any derogatory credit reporting is submitted to any and all credit reporting agencies pending this rescission, that any and all actions for violations of the Fair Credit Reporting Act shall be strictly enforced.

I, Douglas Matton, under penalties as provided by 735 ILCS 5/1-109, and 28 U.S.C. § 1746, do certify that I mailed a copy of this document, to those persons delineated above via U.S. Registered mail, by enclosing a copy in a properly addressed, stamped and

sealed envelope and depositing the same in the U.S. Mail at 200 W. Madison Street, Chicago, IL 60606 on January 17, 2008.

Sincerely yours,

Douglas Matton
Attorney at Law


CC:    Client
          File