**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 808**

In the Matter of　　　　　　　　　　　　　　　Case Number:

RESIDENTIAL LOAN CENTERS OF AMERICA, INC.,
v.
SANDOR L. GROSSMAN, ERIN GROSSMAN and THE
BANK OF NEW YORK, not personally, but as trustee of a trust numbered 1000579.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Residential Loan Centers of America, Inc.

**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) | |
| John J. Lydon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John J. Lydon | |
| FIRM | |
| Gomberg, Sharfman, Gold & Ostler, P.C. | |
| STREET ADDRESS | |
| 208 South LaSalle Street, Suite 1200 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6200282 | (312) 332-6194 x36 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT