# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 808**

SUMMONS IN A CIVIL CASE

RESIDENTIAL LOAN CENTERS OF
AMERICA, INC.,

CASE NUMBER:

V.

ASSIGNED JUDGE:

SANDOR L. GROSSMAN, ERIN GROSSMAN
and THE BANK OF NEW YORK, not personally,
but as trustee of trust numbered 1000579.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE CO**

TO: (Name and address of Defendant)

Sandor L. Grossman
737 West Washington Blvd.
Unit 1001
Chicago, Illinois 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle Street, Suite 1200
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Yvette M_____
**(By) DEPUTY CLERK**

**February 7, 2008**
Date

Affidavit of Completed Service

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Residential Loan Centers of America,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | Case No.:   08 C 08 |
| **Sandor L. Grossman, Erin Grossman and The Bank of New York, not personally, but as trustee of trust numbered 1000579,** | ) ) ) ) ) | |
| Defendants. | ) | |

### Affidavit of Service

| | |
|---|---|
| Type of Papers Served: | Summons and Complaint |
| Service Directed To: | Sandor L. Grossman<br>737 W. Washington Blvd., Unit 1001<br>Chicago, IL 60661 |
| Papers Served Upon: | Sandor L. Grossman, personally |
| Description of Recipient: | Caucasian, Male, approx. 41 years old, 5'6" tall, 170 lbs. and dark hair |

I, Brett K. Starr, on oath state that I am over 21 years of age and I am not a party to this case.

I served the above listed papers upon Sandor L. Grossman, personally and informed him of the contents of said summons and complaint.

| | |
|---|---|
| Place of Service: | 737 W. Washington Blvd., Unit 1001<br>Chicago, IL 60661 |
| Date of Service: | February 17th, 2008 |
| Time of Service: | 5:39 PM |

_____
Brett K. Starr, Working Under License # 117-000786

Signed and sworn before me,

Date 2-18-08    _____ Notary Public

```
OFFICIAL SEAL
DANIEL R SCOTT
Notary Public - State of Illinois
My Commission Expires Mar 9, 2010
```