AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## 08 C 808

### SUMMONS IN A CIVIL CASE

RESIDENTIAL LOAN CENTERS OF
AMERICA, INC.,

V.

SANDOR L. GROSSMAN, ERIN GROSSMAN
and THE BANK OF NEW YORK, not personally,
but as trustee of trust numbered 1000579.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE CO**

TO: (Name and address of Defendant)

Erin Grossman
737 West Washington Blvd.
Unit 1001
Chicago, Illinois  60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle Street, Suite 1200
Chicago, Illinois  60604

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**February 7, 2008**

**(By) DEPUTY CLERK**

**Date**



**Affidavit of Completed Service**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Residential Loan Centers of America,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )    **Case No.:**    **08 C 808** |
| | ) |
| **Sandor L. Grossman, Erin Grossman and** | ) |
| **The Bank of New York, not personally, but as** | ) |
| **trustee of trust numbered 1000579,** | ) |
| | ) |
| Defendants. | ) |

**Affidavit of Service**

Type of Papers Served:      Summons and Complaint

Service Directed To:      Erin Grossman
737 W. Washington Blvd., Unit 1001
Chicago, IL 60661

Papers Served Upon:      Douglas Matton, attorney for Erin Grossman

Description of Recipient:      Caucasian, Male, approx. 41 years old, 6'2" tall, 220 lbs. and black hair

I, Brett K. Starr, on oath state that I am over 21 years of age and I am not a party to this case.

I served the above listed papers upon Douglas Matton, attorney for Erin Grossman and informed him of the contents of said summons and complaint.  Prior to service, I received a phone call from Erin Grossman who stated that she would accept service at the law offices of Matton & Grossman.  Upon arrival for service I was informed that Erin Grossman had briefly stepped out and her attorney accepted service upon her behalf.

Place of Service:      Law Offices of Matton & Grossman
200 W. Madison, Suite 710
Chicago, IL 60606

Date of Service:      March 13th, 2008

Time of Service:      3:40 PM

_____
Brett K. Starr, Working Under License # 117-000786

Signed and sworn before me,

Date 3/18/2008      _____ Notary Public

"OFFICIAL SEAL"
ROSIE Y. NORIEGA
Notary Public, State of Illinois
My Commission Expires March 19, 2011