IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RESIDENTIAL LOAN CENTERS OF AMERICA, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 08 C 808 |
| SANDOR L. GROSSMAN, ERIN GROSSMAN, and THE BANK OF NEW YORK, not personally, but only as Trustee of Trust Number 1000579, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF FILING

To:  Mr. Jack Lydon
     Gomberg, Sharfman, Gold & Ostler
     208 S. LaSalle St., Suite 1200
     Chicago, IL  60604

Please take notice that on March 21, 2008, there will be filed with the Clerk of the U.S. District Court for the Northern District Circuit of Illinois, Eastern Division, the Appearance of the Law Offices of Douglas M. Matton as counsel for the Sandor Grossman and Erin Grossman, and their Answers and Affirmative Defenses.

                              LAW OFFICE OF DOUGLAS M. MATTON

                                      s/Douglas M. Matton
                              By:  _____
                                      Douglas M. Matton


### CERTIFICATION OF MAILING

I, Douglas M. Matton, certify that I served a copy of the above Notice, together with its attachments to be served upon those persons delineated above, by enclosing a copy in a properly addressed, stamped and sealed envelope and depositing the same in the U.S. Mail at 200 W. Madison Street, Chicago, Illinois on March 21, 2008.

                                      s/Douglas M. Matton
                                      _____
                                      Douglas M. Matton

**LAW OFFICES OF DOUGLAS M. MATTON**
Attorneys for Grossman Defendants
200 W. Madison Street
Suite 710
Chicago, IL  60606
(312)578-9626
Attorney No.: 34456