AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

3/18/08

J. [signature]

08 C 808

**SUMMONS IN A CIVIL CASE**


RESIDENTIAL LOAN CENTERS OF AMERICA, INC.,

V.

SANDOR L. GROSSMAN, ERIN GROSSMAN and THE BANK OF NEW YORK, not personally, but as trustee of trust numbered 1000579.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL**
**MAGISTRATE JUDGE CO**

TO: (Name and address of Defendant)

The Bank of New York, not personally, but as trustee of trust numbered 1000579
c/o Carl Krasik, General Counsel
1 Wall Street
New York, New York 10286

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Lydon, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle Street, Suite 1200
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

[signature]
**(By) DEPUTY CLERK**

**February 7, 2008**
Date



# SHERIFF'S AFFIDAVIT OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

SHERIFF'S CASE # **08007090**
DOCKET/INDEX # **08 C 808**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
-----------------------------------------------------x

**RESIDENTIAL LOAN CENTERS OF AMERICA, INC**

PLAINTIFF/PETITIONER

VS

**SANDOR L. GROSSMAN, ET AL**

DEFENDANT/RESPONDENT
-----------------------------------------------------x

**STATE OF NEW YORK}**
**COUNTY OF NEW YORK} SS:**

I, **JULIO LOPEZ**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **3/20/2008**, at approximately **9:58AM** at **THE BANK OF NEW YORK MELLON, 1 WALL STREET NEW YORK, NY 10286** in the borough of **NEW YORK**, County of **NEW YORK**, I served the annexed: **SUMMONS & COMPLAINT** upon **BANK OF NEW YORK MELLON**, in the following manner:

**[X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, **ANTHONY MANCUSO**, a true copy thereof. Said person stated he/she was AN **AUTHORIZED AGENT** an agent authorized to accept service of legal process.

**[X] DESCRIPTION:**

| | | | |
|---|---|---|---|
| Skin Complexion: **LIGHT** | Sex: **Male** | Approx. Age: **47** | Height: **5'8"** |
| Weight: **175lbs.** | Hair Color: **SALT AND PEPPER** | | |

SHERIFF OF THE CITY OF NEW YORK
Lindsay Eason

BY: _____
DEPUTY SHERIFF
JULIO LOPEZ 367

Notary
Sworn before me
this 20th day of MARCH, 2008

_____
**LUIS D. FELICIANO**
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb 22, 2010

DATE AND TIME PROCESS
RECEIVED BY SHERIFF

2008 MAR 19 PM 12:09

NEW YORK COUNTY DIV.
66 JOHN STREET 2ND FLOOR
NEW YORK, NY 10038

Sheriff's Case # 080 7096

**SHERIFF'S RETURN**
**CITY OF NEW YORK**
**COUNTY OF NEW YORK**

## SERVICE OF PROCESS

FEE PAID: 42.00

RETURN

Pursuant to the command of the attached process, I have this day returned

SERVED  X

NOT SERVED _____

DATED: MAR 2 0 2008

LINDSAY EASON
Sheriff of the City of New York
BY

_[signature]_
Deputy Sheriff
Office of the Sheriff-New York County
66 John Street, 2nd Floor
New York, NY 10038