**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 808 |
| Residential Loan Centers of America, Inc. vs. Sandor L. and Erin Grossman; Bank of New York, not personally, but only as Trustee of Trust Number 1000579 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Bank of New York, not personally, but only as Trustee of Trust Number 1000579

| |
|---|
| NAME (Type or print)<br>G. Stephen Caravajal, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ G. Stephen Caravajal, Jr. |
| FIRM<br>Fisher and Shapiro, LLC |
| STREET ADDRESS<br>4201 Lake Cook Road |
| CITY/STATE/ZIP<br>Northbrook, Illinois 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284718 | TELEPHONE NUMBER<br>847-770-4305 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |