IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08-004437D

| | |
|---|---|
| Residential Loan Centers of America, Inc.<br><br>      Plaintiff,<br><br>-vs-<br><br>Sandor L. Grossman; Erin Grossman; Bank of New York, not personally, but only as Trustee of Trust Number 1000579<br><br>      Defendants. | Case No.: 08 C 808<br><br>Honorable Judge Kendall<br>Honorable Magistrate Judge Cox |

**DEFENDANT BANK OF NEW YORK, AS TRUSTEE'S
MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

NOW COMES the Defendant Bank of New York, as Trustee of Trust Number 1000579 (hereinafter "Defendant"), by and through its attorneys, Fisher and Shapiro, LLC and in support of its Motion for Enlargement of Time to Response, states as follows:

1. Defendant was served with summons on March 20, 2008. As such, Defendant's statutory time for pleading or otherwise asserting a defense via motion shall lapse after April 9, 2008.

2. Defendant's counsel was contacted and retained on the afternoon of April 1, 2008.

3. Despite the diligent efforts of Defendant's counsel, additional investigation and research into the allegations of Plaintiff's Complaint is necessary in order for Defendant to properly respond.

4. This is Defendant's first request for an extension of time to file a responsive pleading.

5. Defendant's counsel has spoken with Plaintiff's counsel, who has no objection to this motion. Defendant's counsel has been unable to get in touch with counsel for the Grossmans, as such Defendant's motion is not being submitted as uncontested.

WHEREFORE, Defendant Bank of New York, as Trustee of Trust Number 1000579, respectfully prays this Honorable Court enter an order granting Defendant an additional fourteen days to respond to Plaintiff's Complaint.

Respectfully submitted,

By:   s/ G. Stephen Caravajal, Jr.
G. Stephen Caravajal, Jr.
Illinois Bar No. 6284718
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
Telephone: (847) 770-4305
Fax: (847) 954-8601
E-Mail: scaravajal@fisherandshapiro.com

2