**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

08-004437D

Residential Loan Centers of America, Inc.

        Plaintiff,

-vs-

Sandor L. Grossman;  Erin Grossman;  Bank of
New York, not personally, but only as Trustee of
Trust Number 1000579

        Defendants.

Case No.:  08 C 808

Honorable Judge Kendall
Honorable Magistrate Judge Cox

## NOTICE OF FILING

To:    John Joseph Lydon, Gomberg, Sharfman, Gold & Ostler, P.C., 208 S. LaSalle Street,
Suite 1200, Chicago, IL 60604
Douglas M. Matton, 200 W. Madison Street, Suite 710, Chicago, IL 60606

    Please Take Notice, that on April 9, 2008, Defendant's Appearance and Motion for
Enlargement of Time to Respond were filed with the Clerk of the United States District Court,
Northern District of Illinois, Eastern Division, via electronic means utilizing the CM/ECF Court
System.

        By:    s/  G. Stephen Caravajal, Jr.
        G. Stephen Caravajal, Jr.
        Illinois Bar No. 6284718
        Fisher and Shapiro, LLC
        4201 Lake Cook Road
        Northbrook, Illinois 60062
        Telephone: (847) 770-4305
        Fax: (847) 954-8601
        E-Mail: scaravajal@fisherandshapiro.com

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that Defendant's Notice of Filing, Appearance, Motion
for Enlargement of Time to Respond, and Proposed Order were served upon the above parties
via electronic mail using the CM/ECF Court System on April 9, 2008, in accordance with Fed.
R. Civ. P. 5(b)(2)(D) and LR5.9.

        By:    s/  G. Stephen Caravajal, Jr.
        G. Stephen Caravajal, Jr., Ill. Bar No. 6284718