IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08-004437D

| | |
|---|---|
| Residential Loan Centers of America, Inc.<br><br>       Plaintiff,<br>-vs-<br><br>Sandor L. Grossman; Erin Grossman; Bank of New York, not personally, but only as Trustee of Trust Number 1000579<br><br>       Defendants. | Case No.: 08 C 808<br><br>Honorable Judge Kendall<br>Honorable Magistrate Judge Cox |

### NOTICE OF MOTION

To:    John Joseph Lydon, Gomberg, Sharfman, Gold & Ostler, P.C., 208 S. LaSalle Street, Suite 1200, Chicago, IL 60604
Douglas M. Matton, 200 W. Madison Street, Suite 710, Chicago, IL 60606

On April 14, 2008 at 9:00 a.m., at the Court's previously scheduled initial status conference, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom 2319, in the United States Federal Courthouse located at 219 S. Dearborn, Chicago, Illinois and shall then and there present the Court Defendant's Motion for Enlargement of Time to Respond.

                                                By:   s/ G. Stephen Caravajal, Jr.
                                                G. Stephen Caravajal, Jr.
                                                Illinois Bar No. 6284718
                                                Fisher and Shapiro, LLC
                                                4201 Lake Cook Road
                                                Northbrook, Illinois 60062
                                                Telephone: (847) 770-4305
                                                Fax: (847) 954-8601
                                                E-Mail: scaravajal@fisherandshapiro.com

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that Defendant's Notice of Motion and Motion for Enlargement of Time to Respond were served upon the above parties via electronic mail using the CM/ECF Court System on April 9, 2008, in accordance with Fed. R. Civ. P. 5(b)(2)(D) and LR5.9.

                                                By:   s/ G. Stephen Caravajal, Jr.
                                                G. Stephen Caravajal, Jr., Ill. Bar No. 6284718