IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

08-004437D

| | |
|---|---|
| Residential Loan Centers of America, Inc.<br><br>       Plaintiff,<br>-vs-<br><br>Sandor L. Grossman;  Erin Grossman;  Bank of New York, not personally, but only as Trustee of Trust Number 1000579<br><br>       Defendants. | Case No.: 08 C 808<br><br>Honorable Judge Kendall<br>Honorable Magistrate Judge Cox |

## NOTICE OF FILING

To:   John Joseph Lydon, Gomberg, Sharfman, Gold & Ostler, P.C., 208 S. LaSalle Street, Suite 1200, Chicago, IL 60604
Douglas M. Matton, 200 W. Madison Street, Suite 710, Chicago, IL 60606

     Please Take Notice, that on April 23, 2008, Defendant Bank of New York, as Trustee's Answer and Affirmative Defenses were filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, via electronic means utilizing the CM/ECF Court System.

                            By:   s/  G. Stephen Caravajal, Jr.
                            G. Stephen Caravajal, Jr.
                            Illinois Bar No. 6284718
                            Fisher and Shapiro, LLC
                            4201 Lake Cook Road
                            Northbrook, Illinois 60062
                            Telephone: (847) 770-4305
                            Fax: (847) 954-8601
                            E-Mail: scaravajal@fisherandshapiro.com

## CERTIFICATE OF SERVICE

     The undersigned attorney certifies that Defendant's Notice of Filing and Answer and Affirmative Defenses were served upon the above parties via electronic mail using the CM/ECF Court System on April 23, 2008, in accordance with Fed. R. Civ. P. 5(b)(2)(D) and LR5.9.

                            By:   s/  G. Stephen Caravajal, Jr.
                            G. Stephen Caravajal, Jr., Ill. Bar No. 6284718