IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RESIDENTIAL LOAN CENTERS OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 808 |
| | ) | |
| | ) | Judge Kendall presiding |
| SANDOR L. GROSSMAN, ERIN GROSSMAN, and THE BANK OF NEW YORK, not personally, but only as trustee of trust number 1000579, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL JOINT INITIAL STATUS REPORT

Plaintiff Residential Loan Centers of America, by its attorney, John J. Lydon, and Defendant Sandor Grossman, by his attorney, Douglas M. Matton, hereby submit the following Supplemental Joint Initial Status Report:

1. **Nature of the Case**.

    A. *Lead Attorneys*. The lead attorney for the Plaintiff is John J. Lydon. The lead attorney for the Defendants Sandor Grossman and Erin Grossman is Douglas Matton. The lead attorney for Defendant Bank of New York is Stephen Caravajal, Jr.

    B. *Basis for Federal Jurisdiction*. This Court has jurisdiction by virtue of a question arising under federal law, i.e., the Truth-in-Lending Act, 15 U.S.C. §1635.

      C.    *Nature of the Claims in Complaint.*  Plaintiff seeks declaratory judgment or equitable rescission regarding the Grossmans' putative demand for rescission of their loan.

      D.    *Non-served Parties.*  All the parties in the case have been served, have appeared and have answered the Complaint.

      E.    *Principal Legal Issues.*  The principal legal issue is whether the Plaintiff violated TILA, 15 U.S.C.A. §1635, *et. seq.*, and if so, what are the rights of the respective parties to this matter at this time.

      F.    *Principal Factual Issues.*  The Grossmans deny that they received to proper number of copies of the notices of right to cancel required by TILA.

2.    **Discovery**.

      A.    *Completed and Remaining Discovery.*  The parties have not had a Rule 26(f) conference and have not exchanged Rule 26(a) disclosures.  No other discovery has been commenced or completed.

      B.    *Pending and Anticipated Motions.*  There are no pending motions.

      C.    *Previous Rulings on Substantive Issues.*  There have been no rulings by the court on any substantive issue.

      D.    *Previous Status Reports.*  The parties filed a Joint Initial Status Report on April 2, 2008, prior to the appearance and answer of the Bank of New York.  The court continued the previously set initial status hearing and ordered the filing of this updated Joint Initial Status Report.

3.    **Trial**.  The parties have not consented to proceed before the magistrate judge.  The parties are unable to reasonably estimate the length of trial given the stage of the case to

date. No party has demanded a trial by jury.

    4.    **Settlement**. The parties have not discussed settlement of the claims.

Respectfully submitted,
Residential Loan Centers of America, Inc.,    Sandor L. Grossman and Erin Grossman,

By:   /s/ John J. Lydon                    By:   /s/ Douglas M. Matton
     One of its attorneys                           One of its attorneys.

John J. Lydon, Esq.                          Douglas M. Matton, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.    Law Offices of Douglas M. Matton
208 South LaSalle St., Suite 1200           200 West Madison St., Suite 710
Chicago, Illinois 60604                    Chicago, Illinois 60606
(312) 332-6194                              (312) 578-9626

Bank of New York, as trustee,

By:   /s/ G. Stephen Caravajal, Jr.
     One of its attorneys

G. Stephen Caravajal, Jr.
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
(847) 770-4305

CERTIFICATE OF SERVICE

I, John J. Lydon, certify that, service of this document was accomplished by means of the Court's "ECF" system on May 9, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ John J. Lydon

K:\JJL\CASES\41321 (RLCA v. Grossman)\Misc\Supplemental Joint Initial Kendall Status Report.wpd