**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Residential Loan Centers of America, Inc.
                                      Plaintiff,

v.                                                           Case No.: 1:08−cv−00808
                                                                 Honorable Virginia M. Kendall

Sandor L Grossman, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall:Status hearing held and continued to 6/12/2008 at 09:00 AM. The parties are directed to meet and confer regarding document exchange. All relevant documents are to be exchanged by 6/1/2008. The parties should contact this court's courtroom deputy to schedule a settlement conference to take place before the end of May.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.