## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Residential Loan Centers of America, Inc.
                                                          Plaintiff,

v.                                                               Case No.: 1:08–cv–00808
                                                                            Honorable Virginia M. Kendall

Sandor L Grossman, et al.
                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Settlement Conference set for 5/27/2008 at 02:00 PM. The parties are directed to refer to Judge Kendall's "Instructions for Settlement Conference," found on www.ilnd.uscourts.gov before appearing at the settlement conference. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.