IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RESIDENTIAL LOAN CENTERS OF AMERICA, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No.  08 C 808 |
| | ) | |
| | ) | Judge Kendall |
| | ) | presiding |
| SANDOR L. GROSSMAN, ERIN GROSSMAN, and THE BANK OF NEW YORK, not personally, but only as trustee of trust number 1000579, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>RULE 41 STIPULATION TO DISMISS</u>**

Plaintiff Residential Loan Centers of America, Inc., by its attorney, John J. Lydon,

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendants Sandor L.

Grossman and Erin Grossman, by their attorney, Douglas Matton, and Bank of New York as

trustee, by its attorney, Stephen Caravajal, state that the parties have agreed and stipulated to

dismiss the Plaintiff's Complaint in its entirety with prejudice and without costs or attorneys fees

pursuant to settlement.

Plaintiff Residential Loan Centers
of America, Inc.,

By:    /s/ John J. Lydon
        One of his attorneys.

Defendant Sandor L. Grossman and
Erin Grossman,

By:      /s/ Douglas M. Matton
          One if its attorneys.

John J. Lydon, Esq.                     Douglas M. Matton, Esq.
Gomberg, Sharfman, Gold & Ostler, P.C.  200 West Madison Street
208 S. LaSalle St., Suite 1200          Suite 710
Chicago, Illinois 60604                 Chicago, Illinois 60606
(312) 332-6194                          (312) 578-9626


Plaintiff Bank of New York as trustee
of trust no. 1000579,



By:    /s/ G. Stephen Caravajal
          One of its attorneys.

G. Stephen Caravajal, Jr., Esq.
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
(312) 770-4305

CERTIFICATE OF SERVICE

I, John J. Lydon, certify that I served the above document to the parties entitled to notice by filing it with the Clerk of the U.S. District Court for the Northern District of Illinois through ECF document filing system on June 23, 2008.


_____/s/ John J. Lydon_____